# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jerry Ryals, (DOB: XXXXXXXXX)<br>Anthony Alfred Griffith, Sr., (DOB: XXXXXXXX)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00251<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/22/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of  Columbia , the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2)- Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D)- Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*/s/ James Clinton Judd*
*Complainant's signature*

James C. Judd, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  February 22, 2021

*Judge's signature*

City and state:  Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*