AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
U.S. MARSHALS
EASTERN OK[LAHOMA]
2021 FEB 24   AM 10: 13

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00251 |
| Jerry Ryals | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/22/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jerry Ryals,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2)- Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D)- Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: February 22, 2021

2021.02.22
23:17:07 -05'00'
*Issuing officer's signature*

City and state:    Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/24/2021, and the person was arrested on *(date)* 3/4/2021
at *(city and state)* Muskogee, OK.

Date: 3/4/2021

*Arresting officer's signature*

SPECIAL AGENT ALAN J. SISKA FBI
*Printed name and title*